PALMER *v.* BYRD-MATTHEWS LUMBER COMPANY *et al.*

FISH, C. J.  This case is controlled by the decision this day rendered in
*Vandiver* v. *Byrd-Matthews Lumber Company*, ante, 113.
> *Judgment affirmed, with direction. All the Justices concur.*
> NOVEMBER 16, 1916.